

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2021

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National Association, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series 2006-He6, Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's Second Motion for Extension of Time to File Brief is GRANTED. Appellant's brief is due **no later than September 17, 2021**. **Further requests for extensions of time will be disfavored.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court